| | |
|---|---|
| 1 | LAW OFFICES OF P. RANDALL NOAH |
| | P. RANDALL NOAH  Bar No. 136452 |
| 2 | pnoah@ix.netcom.com |
| | 21 Orinda Way, Suite C, #316 |
| 3 | Orinda, California 94563 |
| | Telephone:  (925) 253-5540 |
| 4 | Facsimile:  (925) 253-5542 |
| 5 | Attorneys for Plaintiff |
| | Anna Wodkowska |
| 6 | |
| | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 7 | REBECCA A. HULL  Bar No. 99802 |
| | rebecca.hull@sdma.com |
| 8 | ERIN A. CORNELL Bar No. 227135 |
| | erin.cornell@sdma.com |
| 9 | One Market Plaza |
| | Steuart Tower, 8th Floor |
| 10 | San Francisco, California 94105 |
| | Telephone: (415) 781-7900 |
| 11 | Facsimile: (415) 781-2635 |
| 12 | Attorneys for Defendant |
| | Metropolitan Life Insurance Company |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | ANNA WODKOWSKA, | CASE NO. 3:10-cv-01974-MMC |
| 18 | Plaintiff, | ORDER APPROVING |
| 19 | v. | STIPULATION ~~AND [PROPOSED] ORDER~~ FOR DISMISSAL WITH PREJUDICE |
| 20 | METROPOLITAN LIFE INSURANCE COMPANY, | |
| 21 | Defendant. | |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

**IT IS SO STIPULATED**

DATE:  December 17, 2010         SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:  /s/ Rebecca A. Hull
    Rebecca A. Hull
    Erin A. Cornell
    Attorneys for Defendant
    Metropolitan Life Insurance Company

DATE:  December 15, 2010         LAW OFFICES OF P. RANDALL NOAH


By:  /s/ P. Randall Noah (w/permission 12/15/2010)
    P. Randall Noah
    Attorneys for Plaintiff
    Anna Wodkowska

**IT IS SO ORDERED.**

DATED:  December 17, 2010

_____
HONORABLE MAXINE M. CHESNEY

-1-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE